UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DR. RAMESH BHAT,<br>    Appellant,<br><br>    vs.<br><br>BANKRUPTCY ESTATE OF FIRSTMARK CORPORATION,<br>    Appellee.<br>_____<br>IN RE:  FIRSTMARK CORPORATION,<br>    Debtor. | 1:09-cv-307-WTL-DML<br><br><br><br>Bankruptcy Cause No.<br>88-05508-FJO-11 |

## ENTRY OF JUDGMENT

Through an Order issued this date, the Court **AFFIRMED in part, REVERSED in part, and REMANDED** the opinion of the Bankruptcy Court against appellant, Dr. Ramesh Bhat, on Dr. Bhat's Amended Motion for Return of Funds to Debtor. Judgment is entered accordingly.

IT IS SO ORDERED:  6/01/09

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Electronically distributed to:**

Abraham Murphy
ATTORNEY AT LAW, LLC
murphy@abrahammurphy.com

**Distributed via U.S. Postal Service to:**

Brian Baum
BAUM & BAUM, ASSOCIATES, P.A.
5621 York Street
Metairie, LA 70003